■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN HENDRICKS, Appellant.—Judgment unanimously affirmed. Same memorandum as in *People v Hendricks* (139 AD2d 958 [decided herewith]). (Appeal from judgment of Oneida County Court, Murad, J.—petit larceny.) Present—Doerr, J. P., Boomer, Green, Pine and Balio, JJ.